# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

MARLON WILLIAMS                                                                                                PLAINTIFF
ADC # 115400


V.                                              4:07CV00792 WRW


PULASKI COUNTY DETENTION FACILITY;
JOHNSON, Deputy, Pulaski County Detention
Facility; SANCHEZ, Sgt., Pulaski County
Detention Facility; and JOHNSON, Sgt., Pulaski
County Detention Facility                                                                                    DEFENDANTS


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 23rd day of October, 2007.


                                         /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE