# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARLON WILLIAMS                                                PLAINTIFF
ADC # 115400

V.                         4:07-cv-00792-WRW-JJV

NATHAN JOHNSTON, Deputy, Pulaski County Detention
Facility; PAUL SANCHEZ, Jr., Sgt., Pulaski County
Detention Facility; and KELVIN JOHNSON, Sgt., Pulaski
County Detention Facility                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. and Plaintiff's objections. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's complaint against Defendants is DISMISSED with prejudice, and all pending motions are DENIED as moot.

The Court FURTHER CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

DATED this 21st day of January, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE