IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARLONE WILLIAMS
A.D.C. # 115400                                                                  PLAINTIFF

VS.                              4:07CV00792-WRW

PULASKI COUNTY DETENTION
FACILITY, et al.                                                                 DEFENDANTS

### ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 89) is DENIED.

IT IS SO ORDERED this 16th day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE