IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARLONE WILLIAMS**
**A.D.C. # 115400**                                                                                    **PLAINTIFF**

**VS.**                                           **4:07CV00792-WRW**

**PULASKI COUNTY DETENTION**
**FACILITY, et al.**                                                                                     **DEFENDANTS**

**ORDER**

Plaintiff's Motion for Reconsideration (Doc. No. 89) is DENIED.

IT IS SO ORDERED this 16th day of February, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE